## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-CR-555-RCL |
| v. | : | |
| | : | |
| PAMELA ANNE HEMPHILL | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
## FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and counsel consented to the motion.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                  Respectfully submitted,

                                  CHANNING D. PHILLIPS
                                  Acting United States Attorney
                                  DC Bar No. 415793

By:      /s/ *Katherine Nielsen*
            KATHERINE NIELSEN
            Trial Attorney, Detailee
            United States Attorney's Office
            District of Columbia
            D.C. Bar No. 491879
            555 4th Street, N.W.
            Washington, D.C.  20530
            Telephone: (202) 355-5736
            Email: Katherine.Nielsen@usdoj.gov