# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 21-CR-555-RCL |
| | : | |
| **PAMELA ANNE HEMPHILL,** | : | |
| Defendant. | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby files its September 17, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

                              Respectfully submitted,

                              CHANNING D. PHILLIPS
                              ACTING UNITED STATES ATTORNEY
                              D.C. Bar No. 415793


              By:      /s/ *Katherine Nielesn*
                              KATHERINE NIELSEN
                              Trial Attorney, Detailee
                              United States Attorney's Office
                              District of Columbia
                              D.C. Bar No. 491879
                              555 4th Street, N.W.
                              Washington, D.C.  20530
                              Telephone: (202) 355-5736
                              Email: Katherine.Nielsen@usdoj.gov

## CERTIFICATE OF SERVICE

On this 17th day of September, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

　　　　　　　　　　　　　　　　　　　　/s/ *Katherine Nielsen*
　　　　　　　　　　　　　　　　　　　Katherine Nielsen
　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　Detailee