UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-555 (RCL) |
| | ) | |
| Pamela Hemphill, *defendant*. | ) | |

NOTICE

The Clerk will please note and file on the docket of the above-referenced case Defendant's Acceptance, attached hereto as Exhibit #1, styled "Attachment A," of the Protective Order (Doc. 10).

This pleading is,

Respectfully submitted,

NATHAN I. SILVER, ESQ.

D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served via ECF upon assistant U.S. Attorney Kathleen Nielsen, U.S. Attorney's Office for the District of Columbia, this 21st day of September, 2021.

_____
*Nathan I. Silver*