UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No.: 21-CR-555-RCL** |
| : | |
| **PAMELA ANNE HEMPHILL,** : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING DISCOVERY MEMORANDA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files three memoranda related to the status of the government's ongoing discovery efforts in Capitol-riot cases. The memoranda document the status as of July 12, 2021, August 23, 2021, and September 14, 2021, and discuss the progress of these efforts. All three memoranda, plus an exhibit to the July memorandum, are attached to this notice and filed via the Court's electronic case files system (ECF) on counsel for the defendants.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:      /s/ Katherine Nielsen
KATHERINE NIELSEN
Trial Attorney, Detailee
D.C. Bar No. 491879
555 4th Street, N.W.
Washington, D.C.  20530
Katherine.Nielsen@usdoj.gov
(202) 355-5736

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 24, 2021, I served a copy of this pleading on the parties to this matter as indicated in ECF.

/s/ *Katherine Nielsen*
KATHERINE NIELSEN
Trial Attorney, Detailee
