UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-555 (RCL) |
| | ) | |
| Pamela Anne Hempshill, *defendant*. | ) | |

ORDER

Upon good cause shown in Defendant's Unopposed Motion to Continue Status Hearing, the lack of opposition from the United States, and on other evidence before the Court in the record of the case, it is hereby

ORDERED, this ____ day of _____, 2021, that the status hearing set for November 18, 2021 at 12:30 p.m. is hereby VACATED, and it is further

ORDERED, that the status hearing is hereby scheduled for _____, 202__, at _____ a.m./p.m.

_____
Hon. Royce C. Lamberth, Senior Judge
United States District Court for the District of Columbia

Cc: Nathan I. Silver, Esq.
   6300 Orchid Drive
   Bethesda, MD 20817-5614
   By ECF

   Asst. U.S. Attorney Katherine Nielsen
   U.S. Attorney's Office for the District of Columbia
   555 4th Street, N.W.
   Washington, D.C. 20001
   By ECF