UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v.                                   ) | USDC No. 21-cr-555 (RCL) |
| ) | |
| Pamela Anne Hemphill, *defendant*.  ) | |

## ORDER

Upon good cause shown in Defendant's Unopposed Motion to Continue Status Hearing, the lack of opposition from the United States, and on other evidence before the Court in the record of the case, it is hereby

ORDERED, this __17th__ day of __November__, 2021, that the status hearing set for November 18, 2021 at 12:30 p.m. is hereby VACATED, and it is further

ORDERED, that the status hearing is hereby scheduled for __January 21__, 202_2_, at __10__ a.m./~~p.m.~~ *In the interest of justice, with consent of the parties, speedy trial is waived.*

_____
Hon. Royce C. Lamberth, Senior Judge
United States District Court for the District of Columbia

Cc: Nathan I. Silver, Esq.
    6300 Orchid Drive
    Bethesda, MD 20817-5614
    By ECF

Asst. U.S. Attorney Katherine Nielsen
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001
By ECF