AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Pamela Anne Hemphill

*Defendant*

)  Case: 1:21-mj-00551
)  Assigned to: Judge Faruqui, Zia M.
)  Assign Date: 8/2/2021
)  Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Pamela Anne Hemphill _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building ;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 08/02/2021

2021.08.02 18:45:53 -04'00'
*Issuing officer's signature*

City and state:    Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/2/2021, and the person was arrested on *(date)* 8/3/2021
at *(city and state)* Boise, Ada County, Idaho

Date: 8/3/2021

*Arresting officer's signature*

DAVID F. SHUMWAY
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00551 |
| Pamela Anne Hemphill | ) Assigned to: Judge Faruqui, Zia M. |
| DOB: XXXXXX | ) Assign Date: 8/2/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, | |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building , | |
| 40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds, | |
| 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

David Shumway, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/02/2021                                       _____
                                                       *Judge's signature*

City and state:  Washington, D.C.                      Zia M. Faruqui, U.S. Magistrate Judge
                                                       *Printed name and title*

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Pamela Anne Hemphill** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: FBI Special Agent David Shumway | INTERPRETER: No |
| Telephone No.: | If YES, language: |
| AGENCY: Federal Bureau of Investigation | |
| CASE INFORMATION: Criminal Complaint and Arrest Warrant Issued by United States Magistrate Judge Zia M Faruqui on 08/02/21 | RELATED COMPLAINT: CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Complaint or Perfected Citation**

| | | | |
|---|---|---|---|
| Felony: | **No** | County of Offense: | **Washington, D.C.** |
| Class A Misdemeanor: | **Yes (Count 1)** | Estimated Trial Time: | **2 days** |
| Class B or C Misdemeanor (Petty Offense) | **Yes (Count 2)** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. Sec. 1752(a)(1)& (2)** | **One** | **Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority/Disorderly and Disruptive Conduct in a Restricted Building** | **Not more than 1 year imprisonment; Up to a $100,000 fine; Not more than 1 year supervised release; Up to 5 years probation; Special Assessment $25** |
| **40 U.S.C. Sec. 5104(e)(2)(D) & (G)** | **Two** | **Violent Entry and Disorderly Conduct on Capitol Grounds/Parading, Demonstrating, or Picketing in a Capitol Building** | **Not more than 6 months imprisonment; Not more than a $5,000 fine; Not more than 1 year supervised release; Up to 5 years probation; Special Assessment $10** |

Date: August 3, 2021   Assistant U.S. Attorneys: **Katherine Nielsen, DC USAO / Heather Patricco / Idaho USAO**

Telephone No.: **208-334-9121**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** : | Case: 1:21-mj-00551<br>Assigned to: Judge Faruqui, Zia M.<br>Assign Date: 8/2/2021<br>Description: COMPLAINT W/ ARREST WARRANT |
| v.  : | **VIOLATIONS:** |
| : | |
| : | 18 U.S.C. § 1752(a)(1) |
| **PAMELA ANNE HEMPHILL,** : | **(Restricted Building or Grounds)** |
| : | |
| **Defendant.** : | 18 U.S.C. § 1752(a)(2) |
| : | **(Disorderly Conduct in a Restricted** |
| : | **Building)** |
| : | |
| : | 40 U.S.C. § 5104(e)(2)(D) |
| : | **(Violent Entry or Disorderly Conduct)** |
| : | |
| : | 40 U.S.C. § 5104(e)(2)(G) |
| : | **(Parading, Demonstrating, or Picketing in** |
| : | **a Capitol Building)** |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2.      IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:   August 2, 2021

                                                       ZIA M. FARUQUI
                                                     UNITED STATES MAGISTRATE JUDGE

Cc: Katherine Nielsen
Trial Attorney, Detailee
United States Attorney's Office
Katherine.Nielsen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: MJ21-613-S-CWD |
| | ) | |
| Plaintiff, | ) | Charging District's Case No.: |
| | ) | |
| vs. | ) | WAIVER OF RULE 5 & 5.1 |
| | ) | HEARINGS |
| Pamela Anne Hemphill | ) | (Complaint or Indictment) |
| | ) | |
| Defendant. | ) | |
| | ) | |

I understand that I have been charged in another district, the (name of the district/court)

_____District_of_Columbia_District_Court_____.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise -- unless I am indicted -- to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the Government for detention;

WAIVER OF RULE 5 & 5.1 HEARING                                                             PAGE 1

(6)     request transfer of the proceedings to this district under Fed.R.Crim.P. 20, to plead guilty.

I agree to waive my right(s) to:

- ☐ an identity hearing and production of the warrant.

- ☐ a preliminary hearing.

- ☐ a detention hearing.

- ☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/3/2021      *Pamela A. Hemphill*
                                               Defendant

Date: 8/3/2021      *[signature]*
                                               Attorney's Signature

                                               Angela Chang
                                               Printed Name of Attorney

AO 199A (as modified by the District of Idaho - Rev. 11/20) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| United States of America )<br>v. )<br>)<br>Pamela Hemphill )<br>*Defendant* ) | Case No.   0976 1:21-00613M-001 |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed by U.S. Probation to serve a sentence that the court may impose.

The defendant must appear at: <u>Virtually via Zoom in the District of Columbia</u>
*Place*

before the Honorable Magistrate Judge Robin M. Meriweather

on <u>Thursday, August 5, 2021, at 1:00pm (EST) / 10:00am (MST)</u>
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (as modified by the District of Idaho - Rev. 11/20) Additional Conditions of Release

DEFENDANT: Pamela Hemphill

## ADDITIONAL CONDITIONS OF RELEASE

6. The defendant must submit to supervision by and report for supervision to Pretrial Services as directed.

7. The defendant must not obtain a passport or other international travel document.

8. The defendant must abide by the following restrictions on personal association, residence or travel. The defendant's travel shall be restricted to: The District of Idaho, The District of Columbia for Court purposes, and as approved by pretrial services.

9. The defendant is prohibited from travelling to the District of Columbia unless required for Court or Pretrial purposes, or for consultation with her attorney.

10. The defendant is prohibited from traveling outside the Continental United States without prior approval by the Court.

11. The defendant is prohibited from entering the Idaho State Capital Building.

12. The defendant must avoid all contact, directly or indirectly, with any person who is known to be a victim or witness in the investigation or prosecution.

13. The defendant must not possess a firearm, destructive device, or other weapon.

14. The defendant must not use alcohol at all.

15. The defendant may not frequent establishments where alcohol is the primary item of sale.

16. The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 § 802, unless prescribed by a licensed medical practitioner. The defendant must not use or unlawfully possess drug paraphernalia.

17. The defendant must submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. The defendant must pay all or part of the cost of testing based upon ability to pay as determined by the Pretrial Services office or supervising officer.

18. The defendant must report as soon as possible to the Pretrial Services officer or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

19. The defendant must maintain current residence and shall not move or change residences without prior approval of the Pretrial Services officer.

20. The defendant shall have no contact with any persons known to be engaged in criminal activity, or who are using or possessing any controlled substances.

21. The defendant must adhere to and comply with all federal, state, and local laws, orders, rules, and the like regarding social distancing and self-isolation and protocols regarding COVID-19 including, but not limited to, Idaho's Reopening Plan and the orders of the court.

22. The defendant must not remove, tamper with, or destroy any items potentially considered to be materials or evidence related to the charged crimes from her bank's safety deposit box pending further legal process.

AO 199C (as modified by the District of Idaho - Rev. 11/20) Advice of Penalties

DEFENDANT:         Pamela Hemphill

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Pamela A. Hemphill*
Defendant's Signature

Boise, ID
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
( ☐ ) The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

August 3, 2021
Date

*Candy W Dale*
Judicial Officer's Signature

Candy W Dale
Printed name and title
U.S. Magistrate Judge

DISTRIBUTION:  COURT  DEFENDANT  PRETRIAL SERVICE  U.S. ATTORNEY  U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:21-mj-00613-CWD |
| PAMELA ANNE HEMPHILL | ) | |
| | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:21-mj-00551 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Virtually via Zoom before: Judge Robin M. Meriweather | Courtroom No.: Zoom (info provided to counsel) |
|---|---|
| | Date and Time: 8/5/2021 1:00 pm EST |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 08/03/2021

*Judge's signature*

Candy W. Dale, Chief U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

District of Idaho

| | |
|---|---|
| United States of America<br>v.<br><br>Pamela Hemphill<br>*Defendant* | )<br>)<br>) Case No. 0976 1:21-00613M-001<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed by U.S. Probation to serve a sentence that the court may impose.

The defendant must appear at:      Virtually via Zoom in the District of Columbia
*Place*

before the Honorable Magistrate Judge Robin M. Meriweather

on      Thursday, August 5, 2021, at 1:00pm (EST) / 10:00am (MST)
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

DEFENDANT: Pamela Hemphill

## ADDITIONAL CONDITIONS OF RELEASE

6. The defendant must submit to supervision by and report for supervision to Pretrial Services as directed.

7. The defendant must not obtain a passport or other international travel document.

8. The defendant must abide by the following restrictions on personal association, residence or travel. The defendant's travel shall be restricted to: The District of Idaho, The District of Columbia for Court purposes, and as approved by pretrial services.

9. The defendant is prohibited from travelling to the District of Columbia unless required for Court or Pretrial purposes, or for consultation with her attorney.

10. The defendant is prohibited from traveling outside the Continental United States without prior approval by the Court.

11. The defendant is prohibited from entering the Idaho State Capital Building.

12. The defendant must avoid all contact, directly or indirectly, with any person who is known to be a victim or witness in the investigation or prosecution.

13. The defendant must not possess a firearm, destructive device, or other weapon.

14. The defendant must not use alcohol at all.

15. The defendant may not frequent establishments where alcohol is the primary item of sale.

16. The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 § 802, unless prescribed by a licensed medical practitioner. The defendant must not use or unlawfully possess drug paraphernalia.

17. The defendant must submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. The defendant must pay all or part of the cost of testing based upon ability to pay as determined by the Pretrial Services office or supervising officer.

18. The defendant must report as soon as possible to the Pretrial Services officer or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

19. The defendant must maintain current residence and shall not move or change residences without prior approval of the Pretrial Services officer.

20. The defendant shall have no contact with any persons known to be engaged in criminal activity, or who are using or possessing any controlled substances.

21. The defendant must adhere to and comply with all federal, state, and local laws, orders, rules, and the like regarding social distancing and self-isolation and protocols regarding COVID-19 including, but not limited to, Idaho's Reopening Plan and the orders of the court.

22. The defendant must not remove, tamper with, or destroy any items potentially considered to be materials or evidence related to the charged crimes from her bank's safety deposit box pending further legal process.

DEFENDANT:     Pamela Hemphill

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1)    an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2)    an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3)    any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4)    a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Pamela A. Hemphill_
*Defendant's Signature*

_Boise, ID_
*City and State*

### Directions to the United States Marshal

( ✓ )    The defendant is ORDERED released after processing.
( ☐ )    The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

_August 3, 2021_
*Date*

_CW Dale_
*Judicial Officer's Signature*

_Candy W Dale_
_U.S. Magistrate Judge_
*Printed name and title*

DISTRIBUTION: COURT  DEFENDANT  PRETRIAL SERVICE  U.S. ATTORNEY  U.S. MARSHAL

# U.S. District Court

## District of Idaho (LIVE) NextGen 1.6

## Notice of Electronic Filing

The following transaction was entered on 08/03/2021 at 2:17:42 PM MDT and filed on 08/03/2021

**Case Name:** USA v. Hemphill
**Case Number:** [1:21-mj-00613-CWD](1:21-mj-00613-CWD)
**Filer:**
**Document Number:** 3 (No document attached)

**Docket Text:**
**Docket Text Minute Entry for proceedings held before Judge Candy W. Dale: Appearance by Heather Patricco for the Government; Federal Defender Angela Chang appointed for the Defendant. Probation Officer Emma Wilkins present. Initial Appearance in Rule 5(c)(3) Proceedings as to Pamela Anne Hemphill held on 8/3/2021. Court Reviewed CJA23 Financial Affidavit. Waiver of Rule 5(c)(3) Hearing. True name, as stated on the record: Pamela Anne Hemphill. Rights advised. Notice re: GO#392, DPPA given. No Motion for Detention by the Government. Parties stipulate to release of Defendant on conditions as proposed by Pretrial Services. Order Setting Conditions of Release entered. Defendant directed to appear on 8/5/2021 at 1:00 PM EST via Zoom for next appearance in the District of Columbia. Zoom information to be provided to counsel and Pretrial Services for distribution to Defendant. Oral Motion to Retain Bail Report Granted. (Notice sent to USP & USM) Time in Court 1:38-2:00 PM. (ESR A. Tate.) Audio File Location Courtroom 6. (at)**

# U.S. District Court
## District of Idaho (LIVE) NextGen 1.6 (Boise - Southern)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-00613-CWD All Defendants

| | |
|---|---|
| Case title: USA v. Hemphill | Date Filed: 08/03/2021 |
| Other court case number: 1:21-mj-00551 US District Court - District of Columbia | Date Terminated: 08/03/2021 |

Assigned to: Judge Candy W. Dale

**Defendant (1)**

**Pamela Anne Hemphill**  represented by  **Idaho Federal Defender**
*TERMINATED: 08/03/2021*                   Federal Defender Services of Idaho Inc
                                           702 West Idaho Street, Suite 1000
                                           Boise, ID 83702
                                           (208) 331-5500
                                           Email: joy_fish@fd.org
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                         **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                      **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                             **Disposition**
None

**Plaintiff**

**USA**                                    represented by  **Heather Patricco**
                                           United States Attorney's office

1290 West Myrtle Street, Suite 500
Boise, ID 83702
208-334-1211
Email: Heather.Patricco@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2021 | 1 | Rule 5(c)(3) Documents Received from the District of Columbia as to Pamela Anne Hemphill (Notice sent to USP & USM) (Attachments: # 1 Cover Sheet, # 2 Service Information Sheet, # 3 Complaint, # 4 Order to Seal, # 5 Warrant)(kt) (Additional attachment(s) added on 8/3/2021: # 6 Statement of Facts) (kt). |
| 08/03/2021 | 2 | DOCKET ENTRY NOTICE OF HEARING as to Pamela Anne Hemphill (Notice sent to USP & USM) Initial Appearance - Rule 5(c)(3) set for 8/3/2021 01:30 PM in Boise - Courtroom 6 before Judge Candy W. Dale. (at) |
| 08/03/2021 | 3 | Docket Text Minute Entry for proceedings held before Judge Candy W. Dale: Appearance by Heather Patricco for the Government; Federal Defender Angela Chang appointed for the Defendant. Probation Officer Emma Wilkins present. Initial Appearance in Rule 5(c)(3) Proceedings as to Pamela Anne Hemphill held on 8/3/2021. Court Reviewed CJA23 Financial Affidavit. Waiver of Rule 5(c)(3) Hearing. True name, as stated on the record: Pamela Anne Hemphill. Rights advised. Notice re: GO#392, DPPA given. No Motion for Detention by the Government. Parties stipulate to release of Defendant on conditions as proposed by Pretrial Services. Order Setting Conditions of Release entered. Defendant directed to appear on 8/5/2021 at 1:00 PM EST via Zoom for next appearance in the District of Columbia. Zoom information to be provided to counsel and Pretrial Services for distribution to Defendant. Oral Motion to Retain Bail Report Granted. (Notice sent to USP & USM) Time in Court 1:38-2:00 PM. (ESR A. Tate.) Audio File Location Courtroom 6. (at) Modified on 8/3/2021 to add time in court (at). |
| 08/03/2021 | 4 | DOCKET ENTRY ORDER APPOINTING FEDERAL DEFENDER: as to Pamela Anne Hemphill. On the basis of the sworn financial affidavit, the Court finds Defendant is financially unable to retain counsel. It is hereby ORDERED that the Federal Defender Services of Idaho is hereby appointed to represent Defendant in these proceedings pursuant to Title 18 United States Code 3006A. IT IS FURTHER ORDERED that the Federal Defender shall immediately notify the Clerk's Office of any conflict of interest or inability to continue this appointment. Signed by Judge Candy W. Dale. (at) |
| 08/03/2021 | 5 | DOCKET TEXT DUE PROCESS PROTECTIONS ACT ORDER as to Pamela Anne Hemphill: The Government shall adhere to all provisions of General Order #392. Signed by Judge Candy W. Dale. (at) |
| 08/03/2021 | 6 | CJA 23 Financial Affidavit by Pamela Anne Hemphill. (kt) (Entered: 08/04/2021) |
| 08/03/2021 | 7 | ORDER Setting Conditions of Release as to Pamela Anne Hemphill (Notice sent to USP & USM). Signed by Judge Candy W. Dale.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (kt) (Entered: 08/04/2021) |
| 08/03/2021 | 8 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Pamela Anne Hemphill (Notice sent to USM). Signed by Judge Candy W. Dale.(caused to be mailed to non |

| | | | |
|---|---|---|---|
| | | | Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (kt) (Entered: 08/04/2021) |
| 08/03/2021 | | 9 | WAIVER of Rule 5(c)(3) Hearing by Pamela Anne Hemphill (Notice sent to USP & USM) (kt) (Entered: 08/04/2021) |
| 08/03/2021 | | 10 | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Pamela Anne Hemphill. Your case number is: 1:21-mj-551. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries via the case number link. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_IDD@id.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Attachments: # 1 OSCR, # 2 Minute Entry)(kt) (Entered: 08/05/2021) |