CO 526 Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 21-CR-555(RCL) |
| ) | |
| PAMELA HEMPHILL ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Pamela A Hemphill_
Defendant

_[signature]_
Counsel for Defendant

I consent:

_[signature]_
Assistant United States attorney

Approved:

_Royce C. Lamberth_          Date: 2/22/22
United States District Judge