UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-00555 (RCL) |
| | : | |
| PAMELA ANNE HEMPHILL, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following videos that were provided to the Court and defense counsel on May 11, 2022, via USAfx, relating to the sentencing hearing scheduled for May 18, 2022. As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

Due to the length of some videos, and the fact that the sentencing hearing is scheduled to be conducted via video conference, the government recommends that the Court and counsel review them prior to the hearing so that the government may incorporate them by reference at the hearing. Should the Court or counsel so request, however, the government will endeavor to show the videos at the hearing, though the video conference technology may impede the flow of presentation.

The videos are as follows:

1. Government Exhibit 3 is a video approximately 20 minutes 10 seconds in length filmed by the defendant that portrays the East side of the U.S. Capitol Building on January 6, 2021.

1

2. Government Exhibit 4 is a video approximately 19 minutes 42 seconds in length filmed by the defendant that portrays rioters breaking through the barriers around the East Plaza of the U.S. Capitol Building and proceeding up the stairs to the East Rotunda door.

3. Government Exhibit 5 is a video approximately 2 minutes 48 seconds in length filmed by the defendant that depicts rioters on the steps of the U.S. Capitol Building outside the East Rotunda door.

4. Government Exhibit 6 is a video approximately 22 minutes 50 seconds in length filmed by the defendant that depicts the defendant and other rioters entering the U.S. Capitol through the East Rotunda doors.

5. Government Exhibit 10 is a video approximately 37 minutes 11 seconds in length filmed by the defendant that depicts the defendant and other rioters standing outside the East Rotunda doors of the U.S. Capitol.

6. Government Exhibit 11 is a video approximately 15 minutes 20 seconds in length filmed by the defendant that depicts the defendant and other rioters at the Idaho Statehouse pushing through police barricading the entrance to the gallery and breaking glass in the door on or about August 24, 2020.

If the Court accepts these proposed video exhibits into evidence, the United States does not object to releasing these exhibits to the public.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:    */s/ Katherine Nielsen*
        KATHERINE NIELSEN
        Trial Attorney, Detailee
        United States Attorney's Office
        District of Columbia
        D.C. Bar No. 491879
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 355-5736
        Katherine.Nielsen@usdoj.gov

## CERTIFICATE OF SERVICE

On this 11th day of May, 2022, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                                     /s/*Katherine Nielsen*
                                                     Katherine Nielsen
                                                     Trial Attorney, Detailee