# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-555 (RCL) |
| **PAMELA ANNE HEMPHILL,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through the United States Attorney for the District of Columbia, hereby informs the Court that Special Assistant United States Attorney Sonia Mittal is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Sonia Mittal*
SONIA MITTAL
Special Assistant United States Attorney
Illinois Bar No. 6314706
United States Attorney's Office for the
District of Columbia
sonia.mittal@usdoj.gov
(202) 252-7062

## **CERTIFICATE OF SERVICE**

On this 16th day of May 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Sonia Mittal*
SONIA MITTAL
Special Assistant United States Attorney