## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America            )
                                    )
        v.                          )        USDC No. 21-CR-555 (RCL)
                                    )
Pamela Hemphill,        *defendant.*  )

ORDER

Upon good cause shown in the defendant's Unopposed Motion to Convert Sentencing from In-Person to Remote, with no opposition from the United States,  and other evidence before the Court in the record of this case, it shall be and hereby is,

ORDERED, this _____ day  of May, 2022, that the sentencing in the instant case will be conducted by video teleconference on May 24, 2022, at 10:30 o'clock a.m.

_____
Hon. Royce C. Lamberth Senior Judge
United States District Court for the District of Columbia

cc:  Nathan I. Silver, Esq.
     6300 Orchid Drive
     Bethesda, MD 20817-5614
     By ECF

     Sonia Mittal, Esq.
     U.S. Attorney's Office for the District of Columbi
     By ECF