UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

PAMELA HEMPHILL,

*Defendant.*

Case No. 1:21-cr-555-RCL

## ORDER

The time for filing an objection having passed, it is hereby **ORDERED** that [45] Application for Access to Video Exhibit by Press Coalition as to PAMELA ANNE HEMPHILL is **GRANTED**.

It is **ORDERED** that the government shall make the videos referenced in the application available to the applicants within 72 hours in accordance with Standing Order No. 21-28.

It is **FURTHER ORDERED** that the applicants shall be permitted to record, copy, download, retransmit, and otherwise further publish these video exhibits.

**IT IS SO ORDERED.**

Date: June 17, 2022

_____
Hon. Royce C. Lamberth
United States District Judge

1