UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00555-RCL |
| ) | |
| PAMELA HEMPHILL, ) | |
| ) | |
| Defendant. ) | |

*Handwritten annotation:* Leave is granted to file this motion for leave but the motion to file out of time appeal is DENIED. Royce Lamberth, U.S.D.J. 7/12/22

### MOTION FOR LEAVE TO FILE NOTICE OF APPEAL

Comes now, Defendant Pamela A. Hemphill respectfully requests that permission be granted that Defendant Pamela Anne Hemphill, Pro Se, may e-file her appeal to the United States Court of Appeals for the District of Columbia Circuit from the Judgment and Sentence issued by the United States District Court for the District of Columbia.

Date: July 11, 2022

Respectfully Submitted,

/s/Pamela Anne Hemphill
Pamela Anne Hemphill,
514 S. 12th Street, apt 315
Boise, ID 83702

## CERTIFICATE OF SERVICE

I, Pamela Anne Hemphill, hereby certify that on this day, July 11, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ Pamela A. Hemphill*
*Pamela A. Hemphill*