UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                        ) | Case No. 21-cr-00555-RCL |
| ) | |
| PAMELA HEMPHILL,               ) | |
| ) | |
| Defendant.                            ) | |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Pamela Anne Hemphill, Pro Se, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Judgment and Sentence issued by the United States District Court for the District of Columbia.

Date: July 10, 2022                                                     Respectfully Submitted,

*/s/Pamela Anne Hemphill*
*Pamela Anne Hemphill,*
*514 S. 12th Street, apt 315*
*Boise, ID 83702*

## CERTIFICATE OF SERVICE

I, Pamela Anne Hemphill, hereby certify that on this day, July 10, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ Pamela A. Hemphill*
*Pamela A. Hemphill*