UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-CR-555 (RCL) |
| | ) | |
| Pamela Hemphill,        *defendant.* | ) | |

ORDER

Upon good cause shown in the defendant's Motion to Terminate Probation and other evidence before the Court in the record of this case, it shall be and hereby is,

ORDERED, this ____ day of _____, 2024, that the remainder of defendant's probationary term, imposed on May 27, 2022, is hereby TERMINATED..

_____
Hon. Royce C. Lamberth Senior Judge
United States District Court for the District of Columbia

cc:  Nathan I. Silver, Esq.
      6300 Orchid Drive
      Bethesda, MD 20817-5614
      By ECF

      Sonia Mittal, Esq.
      U.S. Attorney's Office for the District of Columbia
      By ECF